PER CURIAM.

(No. 75-CC-991—

THE AMERICAN APPRAISAL CO., INC.,Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERMENT AFFAIRS, Respondent.

Opinion filed June 20, 1975.

LEE B. MC TURNAM, J. DOUGLAS DONENFELD, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1047—

ELAINE REVELL, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

Opinion filed June 20, 1975.

ELAINE REVELL, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.